UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOSHUA AUGUST CLARK,

      Plaintiff,

                                  Case No. 1:24-cv-39

v.

                                  HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

      Defendant,

_____/

## **<u>JUDGMENT</u>**


In accordance with the order of remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is hereby entered.



Date:   May 1, 2024                                         /s/ Paul L. Maloney
                                               Paul L. Maloney
                                             United States District