UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA AUGUST CLARK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:24-cv-39

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Counsel's motion for attorney fees. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 8, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court

**IT IS FURTHER ORDERED** that the motion for attorney fees (ECF No. 13) is GRANTED. Specifically, Plaintiff is awarded six thousand, one hundred forty-three dollars and forty-five cents ($6,143.45) pursuant to the EAJA and such shall be paid directly to Plaintiff.

Dated: August 28, 2024

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge